DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Todd C. Valentine**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TODD C. VALENTINE, <br> Defendant. | Case No. CR-16-146-WHO <br><br> **STIPULATION CHANGING DATE FOR STATUS HEARING AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that the status hearing, currently scheduled for July 21, 2016, in Courtroom 6, at 2:00 p.m., be vacated and rescheduled for ~~July 28~~ August 11, 2016, at 2:00 p.m.

The reason for the stipulation is that counsel is in a two-defendant murder preliminary hearing in *People v. Barrera, et. al.*, Case No. 02-321514-2, that began Monday, July 18, 2016 and is continuing throughout this week and into next week.

The parties also request that time be excluded under the Speedy Trial Act between July 21, 2016, the date of the originally scheduled status conference, and July 28, 2016, for the purpose of continuity of counsel as well as effective preparation of counsel, taking into account due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

1 **IT IS SO STIPULATED.**

2                                  BRIAN STRETCH, ESQ.
United States Attorney

4 Dated: July 20, 2016          By: /s/William J. Edelman
                                   WILLIAM J. EDELMAN, ESQ.
5                                    Special Assistant United States Attorney

6                                    Attorneys for **Plaintiff**

8                                    **BAY AREA CRIMINAL LAWYERS, PC**

9 Dated: July 20, 2016          By: /s/David J. Cohen
10                                    DAVID J. COHEN, ESQ.

11                                    Attorneys for Defendant **Todd C. Valentine**

12 Time through August 11, 2016 may be excluded upon stipulation of the parties.

13 **IT IS SO ORDERED.**

15 Dated: July 21, 2016

                                   THE HONORABLE WILLIAM H. ORRICK
16                                    UNITED STATES DISTRICT JUDGE

---

Stipulation Changing Date for Status Hearing and [Proposed] Order Thereon
*U.S. v. Valentine*;
Case No. CR-16-146-WHO        2