UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** August 28, 2017  **Time:** 13 minutes  **Judge:** WILLIAM H. ORRICK
2:00 p.m. to 2:13 p.m.

**Case No.**: 16-cr-00146-WHO-1  **Case Name:** UNITED STATES v. Valentine

**Attorney for Plaintiff:** Shaio Lee
**Attorneys for Defendant:** David Cohen and Marjorie Sheldon
Defendant **Todd Valentine** - present, on bond

**Deputy Clerk:** Jean Davis  **Court Reporter:** Debra Pas
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for scheduled change of plea hearing.  Counsel announce that they have reached an agreement.  The Court has reviewed defense counsel's declaration and will plan to relate the civil matter involving Mr. Valentine upon proper request to do so. Written plea agreement filed in open court.

Defendant is sworn and queried as to his background, physical and mental condition, and understanding of the proceedings.  Defendant is advised of his rights, the consequences of entry of a guilty plea, and the maximum penalties associated with the offense.  The government reviews the elements of the offense and the facts it would be prepared to prove at any trial of this matter.  Defense counsel confirms that there is a factual basis for the plea.

Defendant pleads GUILTY to Count 1 of Superseding Indictment.  The Court accepts the plea as knowing, voluntary, and supported by an independent basis in fact.

The matter is referred to the U.S. Probation Office for preparation of a presentence report.  Defendant is continued on pretrial release under the existing conditions.

**CASE CONTINUED TO: January 11, 2018 at 1:30 p.m. for Sentencing.**