1  BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHIAO C. LEE (CABN 257413)
Assistant United States Attorney

5

450 Golden Gate Avenue
6  San Francisco, California 94102-3495
Telephone: (415) 436-6924
7  FAX: (415) 436-7234
shiao.lee@usdoj.gov

8

Attorneys for United States of America
9

UNITED STATES DISTRICT COURT
10
NORTHERN DISTRICT OF CALIFORNIA
11
SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,                )  NO. CR 16-146 WHO
                                             )
14          Plaintiff,                       )  **GOVERNMENT'S SENTENCING**
                                             )  **MEMORANDUM**
15     v.                                    )
                                             )  Sentencing date:  January 11, 2018
16  TODD C. VALENTINE                        )
                                             )  Sentencing time:    1:30pm
17          Defendant.                       )
                                             )
18  _____ )

19

20          On August 28, 2017, defendant, Todd C. Valentine, pled guilty to Simple Assault, in violation of

21  49 U.S.C. § 46506(1), assimilating 18 U.S.C. § 113(a)(5), pursuant to a Rule 11(c)(1)(C) plea of the

22  Federal Rules of Criminal Procedure.  The government believes that the agreed upon sentence described

23  in paragraph 7 of the plea agreement is an appropriate sentence for this defendant and is sufficient but

24  not greater than necessary to achieve the goals of sentencing.  The parties' agreed upon sentence is that

25  the defendant be sentenced to the following:

26          a.      30 days at a halfway house, to be followed by 5 months of home confinement, to

27                  be followed by imposition of a curfew for 6 months thereafter from 11pm-6am;

28          b.      5 years of probation with conditions of probation being subject to the below

GOVERNMENT'S SENTENCING MEMORANDUM
CR 16-146 WHO

search condition listed in paragraph 8, abstention of alcohol, and completion of an

approved alcohol abuse assessment and any out-patient treatment program if deemed

appropriate by Probation in the discretion of Probation;

c.    Payment of a $5000 fine; and

d.    Payment of a mandatory special assessment fee of $10. The defendant shall pay

the Clerk of the Court on the same day as sentencing.

The government believes the above-described sentence is appropriate for this case.  The

defendant does not have a criminal history, and the government is not aware of any other derogatory

information of a sexual nature in the defendant's background.  The defendant has been seeking therapy

on a weekly basis since June 3, 2016, showing that he is willing to seek help and treatment.  PSR ¶ 33.

The sentence enables the defendant to be supervised for a not insignificant amount of time – for a period

of five years by the Department of Probation – with the first year of that probation having heightened

supervision in terms of residing at halfway house for 30 days, then being placed on home confinement

for the next 5 months, and then on a curfew for the 6 months thereafter.  Given the relevance of alcohol

to the defendant's commission of the instant crime, the government believes that the alcohol-related

provisions of the agreed upon sentence is very important and will hopefully have a deterring effect to

future misconduct by the defendant.

The United States respectfully requests that the Court accept the parties' Rule 11(c)(1)(C) plea

agreement and sentence the defendant accordingly as it is sufficient but not greater than necessary to

achieve the goals of sentencing.

Respectfully submitted,


Dated:  January 4, 2018                                          BRIAN J. STRETCH
                                                                United States Attorney


                                                                _____/s/_____
                                                                SHIAO C. LEE
                                                                Assistant United States Attorney


GOVERNMENT'S SENTENCING MEMORANDUM
CR 16-146 WHO
                                        2